IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10963
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SHERNON MADISON COLEMAN,

                                        Defendant-Appellant.

---------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 6:99-CR-11-14
---------------------
March 21, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Shernon Madison Coleman appeals his sentence after pleading guilty to distribution of crack cocaine.  Pursuant to his plea agreement, Coleman waived his right to appeal this issue.  United States v. Robinson, 187 F.3d 516, 517 (5th Cir. 1999).

    The judgment against him and sentence are AFFIRMED.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.